USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

No. **4:25-cr-0003**

HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
*January 07, 2025*

USAO Number: 2024R06275

Magistrate Number:

CRIMINAL INDICTMENT

Filed Nathan Ochsner, Clerk of Court   Judge: **Hanks**

UNITED STATES of AMERICA
vs.

**ATTORNEYS:**
**Alamdar S. Hamdani, USA**           (713) 567-9000
ALEXANDER L. ALUM, AUSA           (713) 567-9000

JOSEPH GRAMS

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Saving Life and Property Hoax [14 U.S.C. § 521(c)]

PENALTY: Ct. 1: Up to 5 years imprisonment, $250,000 fine, not more than 1 year supervised release, and a $100 special assessment.

☑ In Jail  BRADSHAW STATE JAIL
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: