## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA

v.  Case Number: 4:25−cr−00003

Joseph Grams

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Joseph Grams as set forth below.**

**Before the Honorable Christina A Bryan**

**PLACE:**
Courtroom 701
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 2/5/2025

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Initial Appearance

Date: January 22, 2025                                                                 Nathan Ochsner, Clerk